Opinion issued March 6, 2003 






 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00176-CV

____________


IN RE RUDY VAN WILLIAMS, Relator







Original Proceeding on Petition for Writ of Mandamus





 

MEMORANDUM OPINION

 Relator, Rudy Van Williams, has filed a petition for writ of mandamus,
complaining that the Texas Board of Pardons and Paroles has failed to properly
calculate his time credits. This Court has no mandamus jurisdiction over the Texas
Board of Pardons and Paroles. See Tex. Gov't Code Ann. § 22.221 (Vernon Supp.
2003).

 Accordingly, the petition for writ of mandamus is denied.PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.